RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
Fredricka Ung, State Bar No. 253794
Email: fung@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
AIM IP, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| AIM IP, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NETWORK EQUIPMENT TECHNOLOGIES, INC., a California corporation.<br><br>Defendant. | Case No. 8:12-cv-00906-AG-MLG<br><br>**AGREED MOTION TO DISMISS WITH PREJUDICE**<br><br>JURY TRIAL DEMANDED |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Settlement and License Agreement, Plaintiff AIM IP, LLC ("AIM") and Defendant Network Equipment Technologies, Inc. "NET" have agreed to settle, adjust and compromise all claims and counterclaims in the above-captioned action. AIM and NET therefore move this Court to dismiss the above-entitled cause and all claims and counterclaims of the parties made therein with prejudice to the re-filing of same. AIM and NET further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

A proposed Order accompanies this motion.

AGREED:


Dated:  December 20, 2012

Respectfully submitted,

| **GOODWIN PROCTER LLP** | **RUSS AUGUST & KABAT** |
|---|---|
| By: /s/ Gregory S. Bishop<br>Gregory S. Bishop | By: /s/ Alexander C.D. Giza<br>Alexander C.D. Giza |
| Gregory S. Bishop, State Bar No. 184680<br>Email: gbishop@goodwinprocter.com<br>135 Commonwealth Drive<br>Menlo Park, California 34025-1105<br>Telephone:  (650) 752-3100<br>Facsimile:   (650) 853-1038<br><br>Attorney for Defendant<br>Network Equipment Technologies, Inc. | Marc A. Fenster, State Bar No. 181067<br>Email: mfenster@raklaw.com<br>Alexander C.D. Giza, State Bar No. 212327<br>Email: agiza@raklaw.com<br>Fredricka Ung, State Bar No. 253794<br>Email: fung@raklaw.com<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone:  (310) 826-7474<br>Facsimile:   (310) 826-6991<br><br>Attorneys for Plaintiff<br>AIM IP, LLC |

**CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served on December 20, 2012, with a copy of this document via the Court's CM/ECF systems per Local Rules. Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

/s/ *Alexander C.D. Giza*
Alexander C.D. Giza