RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
Fredricka Ung, State Bar No. 253794
Email: fung@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:  (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
AIM IP, LLC

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| AIM IP, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NETWORK EQUIPMENT TECHNOLOGIES, INC., a California corporation.<br><br>　　　　　Defendant. | Case No. 8:12-cv-00906-AG-MLG<br><br>**AGREED ORDER OF DISMISSAL**<br><br>JURY TRIAL DEMANDED |

AGREED ORDER OF DISMISSAL

| | |
|---|---|
| 1 | CAME ON TO BE CONSIDERED the Agreed Motion to Dismiss With |
| 2 | Prejudice by Plaintiff AIM IP, LLC ("AIM") and Defendant Network Equipment |
| 3 | Technologies, Inc. ("NET").  The Court is of the opinion that the motion should be |
| 4 | GRANTED. |
| 5 |     IT IS THEREFOR ORDERED that the above-entitled cause and all claims |
| 6 | and counterclaims of AIM and NET made therein are hereby DISMISSED with |
| 7 | prejudice to the re-filing of same.  All costs and expenses relating to this litigation |
| 8 | (including attorney and expert fees and expenses) shall be borne solely by the party |
| 9 | incurring same. |
| 10 |     IT IS FURTHER ORDERED that this Court shall retain jurisdiction over |
| 11 | this action and the parties for the purpose of enforcing the terms of the separate |
| 12 | Settlement and License Agreement entered into by and between AIM and NET. |
| 14 | SIGNED this  20th day of December, 2012. |

RUSS, AUGUST & KABAT

_____

UNITED STATES DISTRICT JUDGE

ANDREW J GUILFORD

1

AGREED ORDER OF DISMISSAL